UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL WOFFORD,<br><br>        Plaintiff,<br><br>    v.<br><br>PORTFOLIO RECOVERY ASSOCIATES LLC,<br><br>        Defendant. | Case No. 24-cv-07509-RFL<br><br>**ORDER EXTENDING BRIEFING SCHEDULES AND RESETING HEARING DATE**<br><br>Re: Dkt. Nos. 34, 37, 39 |

       On November 4, 2025, Plaintiff Gail Wofford, who is proceeding *pro se*, filed a motion for summary judgment. (Dkt. No. 37-1.) Wofford concurrently filed an administrative motion to file under seal regarding the motion for summary judgment, and several of her filings are sealed. (Dkt. No. 37.) Defendant has filed a motion to extend its response deadline, to reset the hearing deadline, and to allow its counsel to appear remotely. (Dkt. No. 39 ("Motion").) Defendant states that the extension is necessary because it has not received Wofford's unredacted motion for summary judgment. (*Id.* ¶ 6.) Because some of Wofford's documents were filed under seal, they are not accessible to Defendant via ECF, and Wofford was required to serve a copy of the unredacted papers on Defendant's counsel upon filing.

       Wofford is **ORDERED** to immediately serve an unredacted copy of the documents filed at Docket Number 37, including her motion for summary judgment, on Defendant's counsel via email. By **November 17, 2025**, Wofford shall file a status update informing the Court that she has completed service, or explaining why she has not done so.

       In light of the delay identified by Defendant, and its counsel's location out of the district,

1

the Motion is **GRANTED**. The briefing schedule and hearing date for the parties' motions for summary judgment, (Dkt. Nos. 34, 37-1), shall be as follows:

- Wofford's opposition to Defendant's motion for summary judgment and Defendant's opposition to Wofford's motion for summary judgment are due by **December 9, 2025**.
- Wofford's reply to Defendant's motion for summary judgment and Defendant's reply to Wofford's motion for summary judgment are due by **December 16, 2025**.
- The hearing on both motions for summary judgment is reset for **January 13, 2026 at 1:30 p.m. via Zoom.**

A link to access the Court's Zoom proceedings can be found at: https://cand.uscourts.gov/judges/rfl/lin-rita-f.

**IT IS SO ORDERED.**

Dated: November 12, 2025

							_____
							RITA F. LIN
							United States District Judge